# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

KENRANCE TERRELL ROACH,

       Plaintiff,

    v.

ALEX JULIAN, and KYLE
STRICKLAND,

       Defendants.

5:25-cv-34

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to deny Plaintiff's Motion for Preliminary Injunction. Dkt. No. 34. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DENY** Plaintiff's Motion. Dkt. No. 24.

Plaintiff's claims otherwise remain pending.  Dkt. No. 13.

**SO ORDERED**, this 2̲3̲ day of July, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA