# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| KENRANCE TERRELL ROACH,<br><br>Plaintiff,<br><br>v.<br><br>ALEX JULIAN, and KYLE STRICKLAND,<br><br>Defendants. | 5:25-cv-34 |

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Defendants' Motion to Dismiss and to dismiss without prejudice Plaintiff's 42 U.S.C. § 1983 cause of action. Dkt. No. 43. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT as unopposed** Defendants' Motion to Dismiss, **DISMISS without prejudice** Plaintiff's Complaint based on his failure to follow this Court's Order and Local Rules, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate

judgment of dismissal, and **DENY** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 23 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA